IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHUNTA WARTHEN,

      Plaintiff,

v.

LITTON LOAN SERVICING LP, et al.,

      Defendants.

CIVIL ACTION FILE

NO. 1:11-cv-2704-JEC

### **ORDER**

This case is before the Court on its Order of March 26, 2012 directing plaintiff to serve defendants America's Wholesale Lender and Countrywide Home Loans Inc. by April 13, 2012.  Plaintiff has not responded to this Court's Order.

It is hereby Ordered that this action is **DISMISSED without prejudice**[1] as to defendants America's Wholesale Lender and Countrywide Home Loans Inc. pursuant to LR 41.3 A (2), NDGa. (failure to obey a lawful order of the court).  The Clerk shall close this case.

---

[1] The Court notes that defendants Litton Loan Servicing LP, Bank of New York Mellon, Mortgage Electronic Registration Systems, Inc., and John Doe's Motion to Dismiss [3] was granted on March 26, 2012 [12].

SO ORDERED, this 18th day of APRIL, 2012.


    /s/ Julie E. Carnes
JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)